**Order filed January 26, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00008-CV
_____

**MATTHEW S. BOVEE, Appellant**

**V.**

**HOUSTON PRESS LP, ET AL, Appellees**

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2016-16984**

## ORDER

On January 23, 2017, appellant filed a motion challenging the trial court's order sustaining a contest to appellant's affidavit of indigence. *See* Tex. R. Civ. P. 145(g) (allowing appellate review of trial court's order on indigence). After such a motion is filed, the court of appeals must promptly send notice to the trial court clerk and the court reporter requesting preparation of the record of all trial court proceedings on appellant's claim of indigence. Tex. R. Civ. P. 145(g)(3). The court may set a deadline for filing the record, and the record must be provided without charge. *Id.*

Accordingly, we order the Harris County District Clerk and the court reporter for the 270th District Court to prepare, certify, and file the record of all proceedings regarding appellant's claim of indigence, including (1) appellant's statement of inability to afford payment of costs; (2) any contest to the statement; (3) the trial court's order ruling on any contest; (4) any other documents pertaining to the claim of indigence and the contests thereto; and (5) a reporter's record of any hearing regarding appellant's indigence. The record shall be filed by **February 10, 2017**.


PER CURIAM